UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAVIER HARO                                              PETITIONER

V.                                    CIVIL ACTION NO. 3:19-CV-514-KHJ-LGI

WARDEN DAVID PAUL                                        RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [19] of United States

Magistrate Judge LaKeysha Greer Isaac. That Report recommends that this Court

dismiss the petition for writ of habeas corpus filed by Javier Haro. [1]. Written

objections to the Report were due by October 18, 2021. The Report notified the

parties that failure to file written objections to the findings and recommendations

contained therein by that date would bar further appeal in accordance with 28

U.S.C. § 636. *Id.* No party filed written objections by this deadline.

When no party has objected to a magistrate judge's report and

recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1) ("A

judge of the court shall make a de novo determination of those portions of the report

or specified proposed findings and recommendations to which objection is made.").

In such cases, the Court applies the "clearly erroneous, abuse of discretion and

contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221

(5th Cir. 1989).

The Magistrate Judge recommended that this Court dismiss Haro's petition

for writ of habeas corpus as moot and for lack of jurisdiction. First, Haro has not

established an ongoing "case or controversy" post-release. [19] at 3. Second, even if he did establish the requisite showing since his release from custody, he has not shown that his § 2241 petition should not be dismissed for lack of jurisdiction because he has failed to satisfy the § 2255(e)'s saving clause requirements. *Id.* Lastly, Haro has failed to submit a current address to the clerk of court and to communicate with the Court since filing his petition, and thus his petition is also subject to dismissal for want of prosecution and failure to comply with local rules. *Id.* Based on these findings, the Magistrate Judge concluded that Haro has lost interest in pursuing his claims for relief, thereby recommending dismissal. *Id.* at 4. After review of the record, the Court, being fully advised in the premises, finds that the Report and Recommendation is neither clearly erroneous nor contrary to law and should be adopted as the opinion of this Court. Accordingly, this case is dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation [19] of United States Magistrate LaKeysha Greer Isaac, entered in this cause should be, and the same is, adopted as the finding of this Court. A separate Final Judgment will issue this day.

SO ORDERED, this the 19th day of October, 2021.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE